United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tanaya Marie Murrell  
    Debtor

Case No. 21-12279-amc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Aug 19, 2021      Form ID: 309A      Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tanaya Marie Murrell, 3731 N. 18th Street, Philadelphia, PA 19140-3532 |
| 14630468 | + | AES/PNC Bank, Attn: Bankruptcy, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 14630463 | + | Aes/m&tase, Pob 61047, Harrisburg, PA 17106-1047 |
| 14630464 | + | Aes/m&taselt, Pob 61047, Harrisburg, PA 17106-1047 |
| 14630472 | + | Chimef/str, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 14630476 | + | Enterprise, 404 Pennsylvania Avenue, Fort Washington, PA 19034-3413 |
| 14630483 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14630486 | + | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14630490 | + | Kenneth Cohen, 395 Blackwood Clementon Road, Clementon, NJ 08021-6901 |
| 14630495 | + | PNC Bank, 1600 Market Street, Philadelphia, PA 19103-7211 |
| 14630498 | + | Remex Inc, Attn: Bankruptcy, Po Box 765, Rocky Hill, NJ 08553-0765 |
| 14630502 | + | SLC Conduit I LLC, Citibank USA, N.A, Po Box 6191, Sioux Falls, SD 57117-6191 |
| 14630505 | + | SWC Group, 4120 International Parkway, Carrollton, TX 75007-1957 |
| 14630506 | + | TD Bank, 1500 John F Kennedy Blvd, Philadelphia, PA 19102-1710 |
| 14630507 | + | United Auto Credit Co, Attn: Bankruptcy, Po Box 163049, Fort Worth, TX 76161-3049 |
| 14630510 | + | Weltman Weinberg & Reis, 170 S Independence Mall West Suite 874W, Philadelphia, PA 19106-3334 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: erik@jensenbagnatolaw.com | Aug 19 2021 23:47:00 | ERIK B. JENSEN, Jensen Bagnato, PC, 1500 Walnut St., Suite 1510, Philadelphia, PA 19102 |
| tr | + | EDI: FGARYFSEITZ.COM | Aug 20 2021 03:43:00 | GARY F. SEITZ, Gellert Scali Busenkell & Brown LLC, 8 Penn Center, 1628 John F. Kennedy Blvd, Suite 1901, Philadelphia, PA 19103-2113 |
| smg | | Email/Text: megan.harper@phila.gov | Aug 19 2021 23:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Aug 20 2021 03:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 19 2021 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 19 2021 23:47:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Aug 19 2021 23:47:00 | United States Trustee, Office of United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| 14630471 | + | EDI: CAPITALONE.COM | Aug 20 2021 03:38:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

Case 21-12279-amc   Doc 8   Filed 08/21/21   Entered 08/22/21 00:30:45   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 19, 2021 | Form ID: 309A | Total Noticed: 37 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14630473 | + | EDI: COMCASTCBLCENT | Aug 20 2021 03:38:00 | Comcast, 1500 Market Street, Philadelphia, PA 19102-2107 |
| 14630474 | + | EDI: CONVERGENT.COM | Aug 20 2021 03:38:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, 800 Sw 39th St, Ste 100, Renton, WA 98057-4927 |
| 14630475 | + | Email/Text: bknotice@ercbpo.com | Aug 19 2021 23:47:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14630489 | + | EDI: AMINFOFP.COM | Aug 20 2021 03:38:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14630492 | | Email/Text: ml-ebn@missionlane.com | Aug 19 2021 23:47:00 | Mission Lane LLC, Attn: Bankruptcy, Po Box 105286, Atlanta, GA 30348 |
| 14630493 | + | EDI: NAVIENTFKASMSERV.COM | Aug 20 2021 03:38:00 | Navient Solutions Inc, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14630496 | + | EDI: AMINFOFP.COM | Aug 20 2021 03:38:00 | Premier Bank, 601 S Mennesota Avenue, Sioux Falls, SD 57104-4824 |
| 14630497 | | Email/Text: backoffice@reliantholdings.com | Aug 19 2021 23:47:00 | Reliant Holdings, Inc., Attn: Bankruptcy, Po Box 1275, Indiana, PA 15701 |
| 14630500 | + | EDI: NAVIENTFKASMSERV.COM | Aug 20 2021 03:38:00 | Sallie Mae, Inc, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14630499 | + | EDI: NAVIENTFKASMSERV.COM | Aug 20 2021 03:38:00 | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14630501 | + | Email/Text: support@sensibleauto.com | Aug 19 2021 23:47:00 | Sensible Auto Lending, 275 Middlesex Turnpike, Old Saybrook, CT 06475-4209 |
| 14630504 | + | Email/Text: philadelphia.bnc@ssa.gov | Aug 19 2021 23:47:00 | Social Security Adminstration, Office of Regional Commissioner, 26 Federal Plaza Rm 40-120, New York, NY 10278-4199 |
| 14630508 | + | EDI: VERIZONCOMB.COM | Aug 20 2021 03:38:00 | Verizon, PO Box 660108, Dallas, TX 75266-0108 |
| 14630509 | + | EDI: WFFC.COM | Aug 20 2021 03:38:00 | Wells Fargo Bank NA, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14630477 | | Fed Loan Serv |
| 14630478 | | Fed Loan Serv |
| 14630479 | | Fed Loan Serv |
| 14630480 | | Fed Loan Serv |
| 14630481 | | Fed Loan Serv |
| 14630482 | | Fed Loan Serv |
| 14630470 | *+ | AES/PNC Bank, Attn: Bankruptcy, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 14630469 | *+ | AES/PNC Bank, Attn: Bankruptcy, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 14630465 | *+ | Aes/m&taselt, Pob 61047, Harrisburg, PA 17106-1047 |
| 14630466 | *+ | Aes/m&taselt, Pob 61047, Harrisburg, PA 17106-1047 |
| 14630467 | *+ | Aes/m&taselt, Pob 61047, Harrisburg, PA 17106-1047 |
| 14630484 | *+ | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14630485 | *+ | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14630487 | *+ | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14630488 | *+ | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14630491 | *+ | Kenneth Cohen, 395 Blackwood Clementon Road, Clementon, NJ 08021-6901 |
| 14630494 | *+ | Navient Solutions Inc, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14630503 | *+ | SLC Conduit I LLC, Citibank USA, N.A, Po Box 6191, Sioux Falls, SD 57117-6191 |

TOTAL: 6 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 19, 2021 | Form ID: 309A | Total Noticed: 37 |

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2021            Signature:        /s/Joseph Speetjens

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Tanaya Marie Murrell <br> First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–7346 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed for chapter: | 7   8/18/21 |
| Case number: | 21–12279–amc | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Tanaya Marie Murrell | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3731 N. 18th Street <br> Philadelphia, PA 19140 | |
| 4. | **Debtor's attorney** <br> Name and address | ERIK B. JENSEN <br> Jensen Bagnato, PC <br> 1500 Walnut St. <br> Suite 1510 <br> Philadelphia, PA 19102 | Contact phone 215–546–4700 <br><br> Email: erik@jensenbagnatolaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | GARY F. SEITZ <br> Gellert Scali Busenkell & Brown LLC <br> 8 Penn Center <br> 1628 John F. Kennedy Blvd <br> Suite 1901 <br> Philadelphia, PA 19103 | Contact phone 215–238–0011 <br><br> Email: gseitz@gsbblaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M; Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 8/19/21 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 23, 2021 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/22/21** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov . If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |