United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                         Case No. 21-12279-amc

Tanaya Marie Murrell                                                              Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                               User: admin                                  Page 1 of 3

Date Rcvd: Mar 09, 2022                            Form ID: 318                           Total Noticed: 38

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tanaya Marie Murrell, 3731 N. 18th Street, Philadelphia, PA 19140-3532 |
| 14630468 | + | AES/PNC Bank, Attn: Bankruptcy, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 14630463 | + | Aes/m&tase, Pob 61047, Harrisburg, PA 17106-1047 |
| 14630464 | + | Aes/m&taselt, Pob 61047, Harrisburg, PA 17106-1047 |
| 14630472 | + | Chimef/str, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 14630476 | + | Enterprise, 404 Pennsylvania Avenue, Fort Washington, PA 19034-3413 |
| 14630483 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14630486 | + | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14630490 | + | Kenneth Cohen, 395 Blackwood Clementon Road, Clementon, NJ 08021-6901 |
| 14630495 | + | PNC Bank, 1600 Market Street, Philadelphia, PA 19103-7211 |
| 14630498 | + | Remex Inc, Attn: Bankruptcy, Po Box 765, Rocky Hill, NJ 08553-0765 |
| 14630502 | + | SLC Conduit I LLC, Citibank USA, N.A, Po Box 6191, Sioux Falls, SD 57117-6191 |
| 14659864 | + | Sensible Auto Finance, 44 Old Ridgebury Rd, Ste 100, DANBURY CT 06810-5259 |
| 14630506 | + | TD Bank, 1500 John F Kennedy Blvd, Philadelphia, PA 19102-1710 |
| 14666338 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14630510 | + | Weltman Weinberg & Reis, 170 S Independence Mall West Suite 874W, Philadelphia, PA 19106-3334 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 09 2022 23:55:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Mar 10 2022 04:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 09 2022 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 09 2022 23:55:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14630471 | + | EDI: CAPITALONE.COM | Mar 10 2022 04:58:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14660941 | + | EDI: AIS.COM | Mar 10 2022 04:58:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14630473 | + | EDI: COMCASTCBLCENT | Mar 10 2022 04:58:00 | Comcast, 1500 Market Street, Philadelphia, PA 19102-2107 |
| 14630474 | + | EDI: CONVERGENT.COM | Mar 10 2022 04:58:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, 800 Sw 39th St, Ste 100, Renton, WA 98057-4927 |
| 14630475 | + | Email/Text: bknotice@ercbpo.com | Mar 09 2022 23:55:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |

District/off: 0313-2                          User: admin                                      Page 2 of 3

Date Rcvd: Mar 09, 2022                       Form ID: 318                                      Total Noticed: 38

| | | | | |
|---|---|---|---|---|
| 14630489 | + EDI: AMINFOFP.COM | | Mar 10 2022 04:58:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14630492 | Email/Text: ml-ebn@missionlane.com | | Mar 09 2022 23:55:00 | Mission Lane LLC, Attn: Bankruptcy, Po Box 105286, Atlanta, GA 30348 |
| 14630493 | + EDI: NAVIENTFKASMSERV.COM | | Mar 10 2022 04:58:00 | Navient Solutions Inc, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14630496 | + EDI: AMINFOFP.COM | | Mar 10 2022 04:58:00 | Premier Bank, 601 S Mennesota Avenue, Sioux Falls, SD 57104-4824 |
| 14630497 | Email/Text: backoffice@reliantholdings.com | | Mar 09 2022 23:55:00 | Reliant Holdings, Inc., Attn: Bankruptcy, Po Box 1275, Indiana, PA 15701 |
| 14630505 | + EDI: SWCR.COM | | Mar 10 2022 04:58:00 | SWC Group, 4120 International Parkway, Carrollton, TX 75007-1957 |
| 14630500 | + EDI: NAVIENTFKASMSERV.COM | | Mar 10 2022 04:58:00 | Sallie Mae, Inc, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14630499 | + EDI: NAVIENTFKASMSERV.COM | | Mar 10 2022 04:58:00 | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14630501 | + Email/Text: support@sensibleauto.com | | Mar 09 2022 23:55:00 | Sensible Auto Lending, 275 Middlesex Turnpike, Old Saybrook, CT 06475-4209 |
| 14630504 | + Email/Text: philadelphia.bnc@ssa.gov | | Mar 09 2022 23:55:00 | Social Security Adminstration, Office of Regional Commissioner, 26 Federal Plaza Rm 40-120, New York, NY 10278-4199 |
| 14663290 | + EDI: AIS.COM | | Mar 10 2022 04:58:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14630507 | + Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | | Mar 09 2022 23:55:00 | United Auto Credit Co, Attn: Bankruptcy, Po Box 163049, Fort Worth, TX 76161-3049 |
| 14630508 | + EDI: VERIZONCOMB.COM | | Mar 10 2022 04:58:00 | Verizon, PO Box 660108, Dallas, TX 75266-0108 |
| 14630509 | + EDI: WFFC.COM | | Mar 10 2022 04:58:00 | Wells Fargo Bank NA, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14630477 | | Fed Loan Serv |
| 14630478 | | Fed Loan Serv |
| 14630479 | | Fed Loan Serv |
| 14630480 | | Fed Loan Serv |
| 14630481 | | Fed Loan Serv |
| 14630482 | | Fed Loan Serv |
| 14630469 | *+ | AES/PNC Bank, Attn: Bankruptcy, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 14630470 | *+ | AES/PNC Bank, Attn: Bankruptcy, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 14630465 | *+ | Aes/m&taselt, Pob 61047, Harrisburg, PA 17106-1047 |
| 14630466 | *+ | Aes/m&taselt, Pob 61047, Harrisburg, PA 17106-1047 |
| 14630467 | *+ | Aes/m&taselt, Pob 61047, Harrisburg, PA 17106-1047 |
| 14630484 | *+ | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14630485 | *+ | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14630487 | *+ | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14630488 | *+ | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14630491 | *+ | Kenneth Cohen, 395 Blackwood Clementon Road, Clementon, NJ 08021-6901 |
| 14630494 | *+ | Navient Solutions Inc, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14630503 | *+ | SLC Conduit I LLC, Citibank USA, N.A, Po Box 6191, Sioux Falls, SD 57117-6191 |

TOTAL: 6 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 09, 2022 | Form ID: 318 | Total Noticed: 38 |

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2022                                  Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ERIK B. JENSEN | on behalf of Debtor Tanaya Marie Murrell erik@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956 @notify.bestcase.com |
| GARY F. SEITZ | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com  gfs@trustesolutions.net |
| GARY F. SEITZ | gseitz@gsbblaw.com  gfs@trustesolutions.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | Tanaya Marie Murrell |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |

Social Security number or ITIN    xxx–xx–7346
EIN    _ _–_ _ _ _ _ _ _

Social Security number or ITIN   _ _ _ _
EIN    _ _–_ _ _ _ _ _ _

United States Bankruptcy Court    Eastern District of Pennsylvania

Case number:   21–12279–amc

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Tanaya Marie Murrell

3/9/22

**By the court:**  <u>Ashely M. Chan</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---